# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION (SELMA)

| | |
|---|---|
| IN RE: | * |
| | *     CASE NO: 10-00276 |
| PERRY UNIONTOWN VENTURES I, LLC, | * |
| | *     CHAPTER 11 |
| Debtor. | * |

## STATEMENT OF DISINTERESTEDNESS

Jeffery J. Hartley with the law firm of Helmsing, Leach, Herlong, Newman & Rouse, P.C. submits this statement:

1. On January 26, 2010 the Debtor filed a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Alabama.

2. Pursuant to §§1107 and 1108 of the Bankruptcy Code the Debtor is managing its property as a debtor-in-possession.

3. The Debtor owns and operates several businesses and requires the legal services of counsel in his financial matters both personally and dealing with his businesses.

4. The Debtor seeks to employ Jeffery J. Hartley and the law firm of Helmsing, Leach, Herlong, Newman & Rouse, P.C. for the reason that Mr. Hartley is a practicing attorney with the State of Alabama and is familiar with some specific recent business dealings of the Debtor.

3. That Jeffery J. Hartley and his law firm shall charge appropriate legal fees and costs as a result of representing the Debtor as counsel. All such legal fees and costs shall be the subject of a fee application filed by Jeffery J. Hartley and his law firm with this Court and subject to approval after notice and hearing.

4. That Jeffery J. Hartley is unaware of any conflict of interest that exists prohibiting

him or his firm from representing the Debtor as counsel contemplated by this Court and the parties. Neither Jeffery J. Hartley nor his law firm has ever represented any of the parties involved in the Debtor's Chapter 11 Bankruptcy case. Neither Jeffery J. Hartley nor his law firm is a creditor in the underlying Chapter 11 bankruptcy proceeding.

5. That Jeffery J. Hartley is not a relative or employee of the United States Department of Justice or a bankruptcy judge.

Submitted this the 26th day of January, 2010.

/s/Jeffery J. Hartley
JEFFERY J. HARTLEY (HART4885)
CHRISTOPHER T. CONTE (CONTC7094)
Attorneys for Debtor
(Pending Approval)

Of counsel:
HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 26th day of January, 2010, served a copy of the referenced pleading upon each of the persons and/or entities listed on the mailing matrix either by electronic mailing or by U.S. Mail, properly addressed and first class postage prepaid.

Bankruptcy Administrator
Post Office Box 3083
Mobile, AL  36652

/s/Jeffery J. Hartley
OF COUNSEL

Doc. 231953