# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION (SELMA)

| | | | |
|---|---|---|---|
| IN RE: | * | | |
| | * | | |
| PERRY UNIONTOWN VENTURES I, | * | CASE NO.: | 10-00276-MAM-11 |
| LLC, et al, | * | | Jointly Administered |
| | * | | |
| Debtors. | * | | |

## SECOND MOTION FOR EXTENSION OF TIME

Comes now the Debtors, Perry Uniontown Ventures I, LLC, et al, by and through its attorney of record, Jeffery J. Hartley, and files this Second Motion for Extension of Time and as grounds in support thereof states as follows:

1. The Debtors filed Chapter 11 bankruptcy on or about January 26, 2010 with incomplete filings which were due Tuesday, February 9, 2010.

2. An order was entered granting an extension of time to file the schedules and statement of financial affairs to Thursday, February 11, 2010.

3. Due to circumstances beyond the Debtors' control it is presently unable to obtain the information needed to file the schedules and statement of financial affairs by February 11, 2010. Additional time is needed.

WHEREFORE, the Debtors request the Court to grant a thirty (30) day extension of time until **March 12, 2010** in which to file the bankruptcy schedules and statement of financial affairs.

Submitted this the 8th day of February, 2010.

/s/Jeffery J. Hartley
JEFFERY J. HARTLEY (HART4885)
Attorney for Debtors

Of counsel:
HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 8th day of February, 2010, served a copy of the referenced pleading upon each of the persons and/or entities listed on the mailing matrix either by electronic mailing or by U.S. Mail, properly addressed and first class postage prepaid.

Bankruptcy Administrator
Post Office Box 3083
Mobile, AL 36652

/s/Jeffery J. Hartley
OF COUNSEL