UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION (SELMA)

IN RE:

PERRY UNIONTOWN VENTURES I, LLC,         CASE NO: 10-00276-MAM-11

Debtor.

### ORDER AUTHORIZING THE JOINT ADMINISTRATION OF DEBTOR'S CHAPTER 11 CASE PURSUANT TO BANKRUPTCY RULE 1015(b)

This matter came before the Court upon the Motion of Perry Uniontown Ventures I, LLC, the Debtor-in-Possession, for authority to jointly administer its Chapter 11 case with Perry County Associates, LLC's pending Chapter 11, case no. 10-00277.

The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§157 and 1334 and the Order of Reference of the District Court for the Southern District of Alabama. This matter is a core proceeding as contemplated by 28 U.S.C. §157. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Appropriate notice was given.

Appearances were as noted in the record.

Based on the Debtor's motion, this Court's file, the argument of counsel, the facts of this case and applicable law, the Debtor's motion for authority to jointly administer its Chapter 11 case with Perry County Associates, LLC'a pending Chapter 11 case is hereby GRANTED

Specifically, one docket shall be maintained for the jointly administered cases, which shall be the file and docket established for Perry Uniontown Ventures I, LLC, and the caption shall read as follows:

**PERRY UNIONTOWN VENTURES I, LLC, et al**
**Case No: 10-00276-MAM-11**
**Jointly Administered.**

Dated:   February 11, 2010

_____
MARGARET A. MAHONEY
CHIEF U.S. BANKRUPTCY JUDGE